U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 22 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Ikechukwu Henry Nwaiwu

**Agent to Arrest**

Indictment/Information

1 25 CR - 0326

UNDER SEAL

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Jeffrey Brown
Assistant United States Attorney

Filed In Clerk's Office, this ________ day of ______________, 20 ____.

______________________________
Clerk

By ______________________________
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
07/23/2025
BY________________
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94