F:d: 11837894

AO 442 (12/85) Warrant for Arrest

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
USMS 113-02-512
AUG 25 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

IKECHUKWU HENRY NWAIWU

**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:25-cr-00326

~~**UNDER SEAL**~~

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest IKECHUKWU HENRY NWAIWU and bring him or her forthwith to the magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Money Laundering Conspiracy; Money Laundering

in violation of **Title 18, United States Code, Section(s) 1956(h); 1957 and 2**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

July 23, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $__________

By:__________
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Decula, GA

Date Received: 07-23-2025

SA Joshua Goche
Name and Title of Arresting Officer

Date of Arrest: 08-14-2025

__________
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d. 11837894

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

IKECHUKWU HENRY NWAIWU

**WARRANT FOR ARREST**

CASE NO. 1:25-cr-00326

**AGENT TO ARREST**

**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest IKECHUKWU HENRY NWAIWU and bring him or her forthwith to the magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Money Laundering Conspiracy; Money Laundering in violation of **Title 18, United States Code, Section(s) 1956(h); 1957 and 2**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

July 23, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $__________

By:__________
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

3162 Green Farm Trl Dacula GA 30019

Date Received: 8/14/25

SA Joshua Goche
Name and Title of Arresting Officer

Date of Arrest: 8/14/25

[signature]
Signature of Arresting Officer